Certificate Number: 16339-PAE-DE-041123210

Bankruptcy Case Number: 26-12337



16339-PAE-DE-041123210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2026, at 6:43 o'clock PM EDT, Manpreet Singh completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 22, 2026               By:   /s/Kris Krumal

                                    Name:  Kris Krumal

                                    Title:  Certified Financial Counselor